IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN TURNER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-cv-3856 |
| | : | |
| LYNNE ABRAHAM and VIVIAN MILLER, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 28th day of January, 2010, upon consideration of Defendant Abraham's Motion to Dismiss Plaintiff's Amended Complaint (Doc. No. 14) and response thereto, it is hereby ORDERED that the Motion is GRANTED, and all claims against Defendant Abraham are DISMISSED for the reasons set forth in the attached Memorandum.

BY THE COURT:

s/J. Curtis Joyner
J. Curtis Joyner, J.